UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                        Chapter 11

    Wanda Conti                                              Case No. 15-40163

                            Debtor.
-----------------------------------------------------------x

## NOTICE OF ADJOURNMENT

       PLEASE TAKE NOTICE, that the first meeting of creditors scheduled to be heard in the above-captioned matter on March 4, 2015 has been adjourned to March 30, 2015 at 1:00 p.m. at the United States Bankruptcy Court, Conrad B Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201.

Dated:  New York, New York
          February 27, 2015

                                        BACKENROTH FRANKEL & KRINSKY, LLP

                          By:    s/ Mark Frankel
                                 800 Third Avenue
                                 New York, New York  10022
                                 (212) 593-1100