UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                                               Chapter 11

    Wanda Conti,                                    Case No.  15-40163

                   Debtor.                **Local Rule Statement**
--------------------------------------------------------x

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NASSAU    )

       Wanda Conti (the "Debtor") deposes and says under penalty of perjury, as follows:

       1.     I am the Debtor and I am submitting this affidavit pursuant to the local rules of this Court in support of my Chapter 11 filing.

       2.     On January 15, 2015, I filed a Chapter 11 petition under Title 11 of the United States Code, 11 U.S.C. 101 et seq. (the "Bankruptcy Code").

       3.     I am an 81 year old widow.  I immigrated to this country many years ago from Italy.  English is not my native language.  I rely extensively on my daughter to assist me with my business dealings.  She also acts as my interpreter, and has assisted me in my filings in the Bankruptcy Court.

       4.     I own six parcels of real property as shown on the schedule annexed hereto.  One of these is my home.  The rest are rental properties.  One is a home in Florida.  Three are owned by me in Queens New York.  One additional Queens property is owned by Lomar Realty LLC, an entity that I wholly own and control.

       5.     My husband died in 1999.  He left me with little savings and no life insurance.  I used every cent in savings and borrowed more to pay for medical treatment and

prescriptions not covered by his insurance.  I was struggling and my children helped me.  But I did want to rely on their help.

6.      I was approached by a realtor/mortgage broker who told me I could make money in real estate.  I took his advice.

7.      I started investing in real estate in early 2000.  Starting with a home equity loan, I bought properties with minimum down payments and high interest mortgages.  Although risky, the market was rising and I accumulated.

8.      My problems started in 2009 when I moved to Florida for my health.  I hired a manager for the Properties.  The managing agent stole the rental income, paid no bills, and hid the theft from me.  By the time I discovered what was happening, the managing agent had fled.

9.      Meanwhile, as a result of the economic meltdown, tenants defaulted and terminate leases, causing income to decline.

10.      Then I contracted Lyme disease.  I was hospitalized for several months with excruciating joint pain and fevers.  Unfortunately, this appears to be a chronic condition from which I may never fully recover.

11.      Sensing a chaotic situation, tenants have taken advantage.  Rent collections are down.  Turnover and vacancies are high.

12.      For the last couple of years, my daughter has been managing the properties and trying to negotiate workouts with the lenders, including two forbearance

agreements in exchange for a $140,000 lump sum payment.  Most of the mortgage lenders are not entirely hostile but I lost one property to foreclosure – with no notice.

13.    A second property was scheduled for foreclosure just before I filed my petition.  I am planning to sell one or more of the Properties during this case and to use the sale proceeds to reinstate or satisfy the remaining mortgages.

14.    In the meantime, I am turning over management to a competent management firm.  Since filing this case, I retained BA Consultants to manage the Properties. With BA's help I am finally able to make progress stabilizing the properties.

15.    The estimated monthly income and expenses for each property, including the property owned by Lomar Realty, my wholly owned limited liability company, is annexed hereto.

16.    In addition to the mortgages, when running a credit check to prepare for this filing, I discovered numerous credit cards in my name with arrears totaling about $100,000. Neither my husband nor I used credit cards very often.  I know that I was the victim of identity theft in 2007.  At that time, I filed a report with the local precinct and signed up for LifLock.  I did not know the extent to the problem.

17.    The schedule of twenty (20) largest non-insider unsecured creditors is annexed to the petition.

Dated: Whitestone, New York
        March 16, 2015
                                    s/Wanda Conti

Schedule of Real Estate Owned
Wanda Conti

| Property Address | Year Purchased | Purchase Price | % Owned | Property Type | Sq. Ft | Lender | Estimated Market Value | Existing Mortgage Balance |
|---|---|---|---|---|---|---|---|---|
| 32-69 48th Street Astoria, NY 11103 | 2002 | $585,000 | 100% | Multifamily | 5,000 | JVC 48 | $1,899,000 | $1,100,000 |
| 28-05 34th Avenue Astoria, NY 11106-3411 | 2004 | $800,000 | 100% | Semi Mixed | 5,000 | Dime Savings | $1,900,000 | $989,000 |
| 150-47 21st Avenue Whitestone, NY 11357 | 2003 | $600,000 | 100% | 1 Family | 5,000 | Bank of America | $950,000 | $585,000 |
| 150-43 21st Street Whitestone, NY 11357 | 2003 | $600,000 | 100% | 1 Family | 5,000 | A S C | $850,000 | $485,000 |
| 21111 Bella Vista Circle Boca Raton, FL 33428 | 2004 | $650,000 | 100% | 1 Family | 7,500 | Countryside | $675,000 | $780,000 |
| 145-69 20th Avenue Whitestone, NY 11357 | 1979 | $85,000 | 100% | 1 Family Primary Residence | 6,000 | Bank of America | $875,000 | $707,000 |
| | | | | | | Total | $7,149,000 | $4,646,000 |

Wanda Conti

1/28/2015

## ASSETS

| CURRENT ASSETS | |
|---|---:|
| Cash in bank | $27,118 |
| CDs | $0 |
| Securities (Stocks, bonds, mutual funds) | $0 |
| Notes | $0 |
| Receivables | $0 |
| Life Insurance | $0 |
| Personal Property (ie. Jewelry, etc.) | $3,200 |
| Prepaid expenses | |
| Other current assets | |
| TOTAL CURRENT ASSETS | $30,318 |

| FIXED ASSETS | |
|---|---:|
| Machinery and equipment | |
| Furniture and fixtures | |
| Leasehold improvements | |
| Land and buildings | $7,149,000 |
| Other fixed assets | |
| (LESS accumulated depreciation on all fixed assets) | |
| TOTAL FIXED ASSETS (NET OF DEPRECIATION) | $7,149,000 |

| TOTAL ASSETS | $7,179,318 |
|---|---:|

## LIABILITIES

| Current Debt (Credit Cards) | $325 |
|---|---:|
| Notes payable | $0 |
| Taxes payable | $0 |
| Water & Sewer & Building Violations | $55,750 |
| Mortgages on Real Property | $4,646,000 |
| Personal Loan | $50,000 |
| TOTAL LIABILITIES | $4,752,075 |

| **Net Worth** | **$2,427,243** |
|---|---:|

In re **Wanda Conti,**

      **Debtor**

Case No. **15-40163**

Reporting Period: **Dec-14**

Property Description: **32-69 48th Street Astoria, NY 11103**

## STATEMENT OF OPERATIONS  (Income Statement)

| INCOME | MONTH | CUMULATIVE - FILING TO |
|---|---|---|
| Rental Income | $163,000.00 | |
| Additional Rent Income (Garage) | | |
| Storage | $800.00 | |
| **Less: Vacancy** | $16,300.00 | |
| **Less: Concessions** | $10,000.00 | |
| **Less: Bad Debt** | $600.00 | *Unclear on her sheet* |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $136,900.00 | |
| **OPERATING EXPENSES** | | |
| **Gas, Electricity, Fuel** | $12,600.00 | |
| **Water & Sewer** | $11,300.00 | |
| **Cleaning and Maintenance** | | |
| Commissions | | |
| **Pest Control** | $2,400.00 | |
| **Insurance** | $2,132.00 | |
| **Management Fees** | $2,500.00 | |
| **Painting & Decorating** | $1,700.00 | |
| **Payroll / Salary** | $4,350.00 | |
| **Repairs** | $8,800.00 | |
| **Supplies** | $350.00 | |
| **Taxes - Real Estate** | $8,700.00 | |
| **Legal & Accounting Fees** | $17,800.00 | |
| **Utilities** | | |
| Other *(attach schedule)* | | |
| **Total Operating Expenses** | $72,632.00 | |
| Depreciation/Depletion/Amortization | | |
| **Net Profit (Loss) Before Other Income & Expenses** | $64,268.00 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $64,268.00 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re **Wanda Conti,**
      **Debtor**
**BREAKDOWN OF "OTHER" CATEGORY**

Case No. <u>15-40163</u>
Reporting Period: <u>Dec-14</u>

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Wanda Conti,
Debtor

Case No. 15-40163
Reporting Period:

# RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

**Property Description: 32-69 48th Street Astoria, NY 11103**
**Square Footage:**

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abel, Fabiola | 1L | 3 Bed | | 1500 | | | | 10/15/2014 | 10/14/2016 | $2,700 | $32,400 | |
| Hernandez, Maria | 1R | 3 Bed | | 1500 | | | | 9/1/2012 | 8/30/2015 | $2,300 | $27,600 | |
| Perez, Pablo | 2L | 3 Bed | | 1500 | | | | 3/1/2013 | 2/28/2015 | $2,300 | $27,600 | |
| Raman, Ahmed | 2B | 3 Bed | | 1500 | | | | 1/1/2013 | 12/31/2014 | $2,200 | $26,400 | |
| Lirio, Rosa | 3B | 3 Bed | | 1500 | | | | 4/15/2013 | 3/14/2015 | $2,050 | $24,600 | |
| Garcia, Oscar | 3L | 3 Bed | | 1500 | | | | 6/1/2012 | 5/31/2015 | $2,050 | $24,600 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | Totals | | $13,600 | $163,200 | $0.00 |

In re **Wanda Conti,**
　　　　Debtor

Case No. **15-40163**
Reporting Period:　　　　　　**Dec-14**

Property Description: **145-69 20th Avenue Whitestone, NY 11357**

### STATEMENT OF OPERATIONS  (Income Statement)

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | $14,400.00 | |
| Additional Rent Income (Garage) | $1,200.00 | |
| Common Area Maintenance Reimbursement | | |
| Less: Concessions | $38,400.00 | |
| Less: Vacancy | $7,200.00 | |
| **Total Income (attach MOR-5 (RE) Rent Roll)** | $    (30,000.00) | |
| **OPERATING EXPENSES** | | |
| **Gas, Electricity, Fuel** | $2,650.00 | |
| **Water & Sewer** | $2,400.00 | |
| Cleaning and Maintenance | | |
| Commissions | | |
| **Officer/Insider Compensation\*** | | |
| **Insurance** | | |
| Management Fees | | |
| Office Expense | | |
| **Legal & Accounting Fees** | $5,600.00 | |
| **Repairs** | $632.00 | |
| **Supplies** | $229.00 | |
| **Taxes - Real Estate** | $6,500.00 | |
| **Gardening** | $360.00 | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses | $18,371.00 | |
| Depreciation/Depletion/Amortization | | |
| **Net Profit (Loss) Before Other Income & Expenses** | $    (48,371.00) | |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| **Net Profit (Loss) Before Reorganization Items** | | |
| REORGANIZATION ITEMS | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | $    (48,371.00) | |

\*"Insider" is defined in 11 U.S.C. Section 101(31).

In re **Wanda Conti,**
    **Debtor**

Case No. **15-40163**

Reporting Period:      Dec-14

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER OPERATIONAL EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

OTHER INCOME

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

OTHER EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

OTHER REORGANIZATION EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which
would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Wanda Conti,
  Debtor

Case No. 15-40163
Reporting Period: _____

## RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

Property Description: 145-69 20th Avenue Whitestone, NY 11357

Square Footage: _____

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  | Totals |  |  |  |  |

In re **Wanda Conti,**              Case No. 15-40163

       Debtor               Reporting Period: Dec-14

Property Description: 150-47 21st Avenue Whitestone, NY 11357

**STATEMENT OF OPERATIONS** (Income Statement)

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | $45,600.00 | |
| Additional Rent Income (Garage) | | |
| Other Income (Potential Parking Income) | $6,600.00 | |
| Less Vacancy | | |
| **Less: Concessions** | $6,600.00 | |
| **Total Income (attach MOR-5 (RE) Rent Roll)** | $45,600.00 | |
| **OPERATING EXPENSES** | | |
| **Gas, Electricity, Fuel** | $9,600.00 | |
| **Water & Sewer** | $3,200.00 | |
| **Cleaning and Maintenance** | | |
| **Gardening** | $360.00 | |
| Officer/Insider Compensation* | | |
| **Insurance** | $1,600.00 | |
| **Management Fees** | | |
| Office Expense | | |
| Other Interest | | |
| **Repairs** | $26,000.00 | |
| **Supplies** | $436.00 | |
| **Taxes - Real Estate** | $5,863.00 | |
| **Legal & Accounting Fees** | $8,000.00 | |
| **Utilities** | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | $55,059.00 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $    (55,059.00) | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $    (55,059.00) | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re **Wanda Conti,**
    **Debtor**

Case No. <u>15-40163</u>
Reporting Period: <u>Dec-14</u>

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which
would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Wanda Conti,
    Debtor

Case No. **15-40163**

Reporting Period: _____

## RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

Property Description: **150-47 21st Avenue Whitestone, NY 11357**

Square Footage: _____

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|--------|--------|-------------|----------------|---------------|------------|------------|------------|-------------|-----------|--------------|-------------|--------------------|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | Totals | | | |

FORM RR 150-47 21st
2/2008
PAGE 11 OF 20

In re **Wanda Conti,**
    **Debtor**

Case No. **15-40163**
Reporting Period: **Dec-14**

Property Description: **150-43 21st Street Whitestone, NY 11357**

## STATEMENT OF OPERATIONS  (Income Statement)

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | $58,200.00 | |
| Additional Rent Income (Garage) | $3,000.00 | |
| Other Income (Potential Parking Income) | $1,800.00 | |
| Less Vacancy | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $63,000.00 | |
| **OPERATING EXPENSES** | | |
| **Gas, Electricity, Fuel** | $4,800.00 | |
| **Water & Sewer** | $2,900.00 | |
| **Cleaning and Maintenance** | | |
| **Painting & Decorating** | $8,632.00 | |
| Officer/Insider Compensation* | | |
| **Insurance** | $1,600.00 | |
| **Management Fees** | | |
| Office Expense | | |
| Other Interest | | |
| **Repairs** | $56,312.00 | |
| **Supplies** | $285.00 | |
| **Taxes - Real Estate** | $5,962.00 | |
| **Legal & Accounting Fees** | $12,000.00 | |
| **Utilities** | | |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | $92,491.00 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $    **(29,491.00)** | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $    **(29,491.00)** | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re **Wanda Conti,**
      **Debtor**

Case No. <u>15-40163</u>
Reporting Period: <u>Dec-14</u>

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which
would not have been earned but for the

bankruptcy proceeding, should be reported as a reorganization item.

In re Wanda Conti,
      Debtor

Case No. 15-40163

Reporting Period: _____

# RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

**Property Description: 150-43 21st Street Whitestone, NY 11357**

**Square Footage:** _____

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|--------|--------|-------------|----------------|---------------|------------|------------|------------|-------------|-----------|--------------|-------------|--------------------|
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            | Totals      |           |              |             |                    |

In re **Wanda Conti,**

      Debtor

Case No. <u>15-40163</u>

Reporting Period:     <u>Dec-15</u>

Property Description: 21111 Bella Vista Circle Boca Raton, FL 33428

**STATEMENT OF OPERATIONS** (Income Statement)

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | $62,400.00 | |
| Additional Rent Income (Garage) | $3,000.00 | |
| Common Area Maintenance Reimbursement | | |
| Less Vacancy | $65,400.00 | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $0.00 | |
| **OPERATING EXPENSES** | | |
| **Gas, Electricity, Fuel** | $2,856.00 | |
| **Water & Sewer** | $2,160.00 | |
| **Cleaning and Maintenance** | $356.00 | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| **Insurance** | $3,100.00 | |
| **Management Fees (Association Dues)** | $4,560.00 | |
| Office Expense | | |
| Other Interest | | |
| **Repairs** | $566.00 | |
| **Supplies** | $340.00 | |
| **Taxes - Real Estate** | $11,560.00 | |
| **Legal & Accounting Fees** | $9,500.00 | |
| **Utilities** | | |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | $34,998.00 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ (34,998.00) | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re **Wanda Conti,**
    **Debtor**

**Case No. 15-40163**
**Reporting Period:**        Dec-15

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

OTHER INCOME

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

OTHER EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |

OTHER REORGANIZATION EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which
would not have been earned but for the

bankruptcy proceeding, should be reported as a reorganization item.

In re Wanda Conti,
    Debtor

Case No. 15-40163
Reporting Period:

# RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

Property Description: 21111 Bella Vista Circle Boca Raton, FL 33428
Square Footage:

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | Totals | | | | |

*Lamar*

In re **Wanda Conti,**
     **Debtor**

Case No. 15-40163
Reporting Period: Dec-14

Property Description: 28-05 34th Avenue Astoria, NY 11106-3411

### STATEMENT OF OPERATIONS  (Income Statement)

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | $185,844.00 | |
| Additional Rent Income (Garage) | | |
| Common Area Maintenance Reimbursement | | |
| Less: Vacancy | $6,000.00 | |
| Less: Concessions | $26,000.00 | |
| Less: Bad Debt | $12,000.00 | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $141,844.00 | |
| **OPERATING EXPENSES** | | |
| Gas, Electricity, Fuel | $9,300.00 | |
| Water & Sewer | $1,936.00 | |
| Cleaning and Maintenance | | |
| Painting & Decorating | $7,800.00 | |
| Officer/Insider Compensation* | | |
| Insurance | $2,800.00 | |
| Management Fees | | |
| Office Expense | | |
| Pest Control | $1,200.00 | |
| Repairs | $2,800.00 | |
| Supplies | $160.00 | |
| Taxes - Real Estate | $11,236.00 | |
| Legal & Accounting Fees | $20,000.00 | |
| Utilities | | |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | $57,232.00 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $84,612.00 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $84,612.00 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re **Wanda Conti,**
      **Debtor**

Case No. 15-40163

Reporting Period: Dec-14

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which
would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Wanda Conti,
_____
Debtor

Case No.  15-40163
Reporting Period:  _____ DEC. 14

# RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

**Property Description: 28-05 34th Avenue Astoria, NY 11106-3411**
**Square Footage:**

| Tenant | Unit # | Unit Type | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sheriff | | | | 300 | | | | 8/1/2012 | 7/30/2015 | $1,887 | $22,644 | |
| Assemblyman Office | | | | 1300 | | | | 10/1/2006 | 9/31/16 | $3,800 | $45,600 | |
| Family Chiro | | | | 1300 | | | | 11/1/2002 | 12/31/2016 | $4,150 | $49,800 | |
| Alampora | | | | 1300 | | | | 7/1/2005 | 6/30/2015 | $2,250 | $27,000 | |
| Nieves | | | | 1300 | | | | 3/1/2007 | 2/28/2015 | $2,800 | $33,600 | |
| New Ritch & Bath | | | | | | | | | | | | |
| Garage (Thrift Shop Storage) | | | | 300 | | | | 8/1/2003 | 7/31/2016 | $1,100 | $13,200 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | Totals | | $15,987 | $191,844 | $0.00 |

*All Commercial
Tenants pays water & portion of R/E Tax

Wanda Conti
Income and Expense

| Yearly Income 2014 | 32-69 48th Street | 145-69 20th Avenue | 150-47 21st Avenue | 150-43 21st Street | 21111 Bella Vista Circle | Wanda Conti - Personal Yearly * | Total Rental Income With Wanda Conti Personal | Monthly Average |
|---|---|---|---|---|---|---|---|---|
| Rental Income | $163,000.00 | $14,400.00 | $45,600.00 | $58,200.00 | $62,400.00 | $14,400.00 | $358,000.00 | $29,833.33 |
| Additional Rent Income (Garage) | | $1,200.00 | | $3,000.00 | $3,000.00 | $4,200.00 | $11,400.00 | $950.00 |
| Storage | $800.00 | | $6,600.00 | $1,800.00 | | $0.00 | $9,200.00 | $766.67 |
| Less: Vacancy | $16,300.00 | $7,200.00 | | | $65,400.00 | $0.00 | $88,900.00 | $7,408.33 |
| Less: Concessions | $10,000.00 | $38,400.00 | $6,600.00 | | | $0.00 | $55,000.00 | $4,583.33 |
| Less: Bad Debt | $600.00 | | | | | $0.00 | $600.00 | $50.00 |
| Social Security* | | | | | | $10,200.00 | $10,200.00 | $850.00 |
| | | | | | | | | |
| **Total Income - *Yearly*** | **$136,900.00** | **-$30,000.00** | **$45,600.00** | **$63,000.00** | **$0.00** | **$18,600.00** | **$244,300.00** | **$19,508.33** |
| | | | | | | | | |
| **OPERATING EXPENSES - YEARLY - Rental Only** | | | | | | | | Monthly Average |
| *Gas, Electricity, Fuel* | *$12,600.00* | *$2,650.00* | *$9,600.00* | *$4,800.00* | *$2,856.00* | *$0.00* | *$32,506.00* | *$2,708.83* |
| *Water & Sewer & Garbage* | *$11,300.00* | *$2,400.00* | *$3,200.00* | *$2,900.00* | *$2,160.00* | *$0.00* | *$21,960.00* | *$1,830.00* |
| *Cleaning and Maintenance* | | | | | *$356.00* | *$0.00* | *$356.00* | *$29.67* |
| Commissions | | | $360.00 | $8,632.00 | | *$0.00* | *$8,992.00* | *$749.33* |
| Pest Control | $2,400.00 | | | | | *$0.00* | **$2,400.00** | **$200.00** |
| Property Insurance | $2,132.00 | | $1,600.00 | $1,600.00 | $3,100.00 | *$0.00* | **$8,432.00** | **$702.67** |
| Management Fees | $2,500.00 | | | | $4,560.00 | *$0.00* | **$7,060.00** | **$588.33** |
| *Painting & Decorating* | *$1,700.00* | | | | | *$0.00* | *$1,700.00* | *$141.67* |
| Payroll / Salary | $4,350.00 | $5,600.00 | | | | *$0.00* | **$9,950.00** | **$829.17** |
| *Repairs* | *$8,800.00* | *$632.00* | *$26,000.00* | *$56,312.00* | *$566.00* | *$0.00* | *$92,310.00* | *$7,692.50* |
| Supplies | $350.00 | $229.00 | $436.00 | $285.00 | $340.00 | *$0.00* | **$1,640.00** | **$136.67** |
| *Taxes - Real Estate* | *$8,700.00* | *$6,500.00* | *$5,863.00* | *$5,962.00* | *$11,560.00* | *$0.00* | *$38,585.00* | *$3,215.42* |
| Legal & Accounting Fees | $17,800.00 | $360.00 | $8,000.00 | $12,000.00 | $9,500.00 | *$0.00* | **$47,660.00** | **$3,971.67** |
| **Yearly Expenses - Rental & Personal** | | | | | | | | |
| Taxes - Real Estate | | | | | | *$5,899.20* | **$44,484.20** | **$3,707.02** |
| Maintenance or repairs | | | | | | *$3,432.00* | **$97,798.00** | **$8,149.83** |
| Water and sewer | | | | | | *$2,592.00* | **$24,552.00** | **$2,046.00** |
| Electricity | | | | | | *$2,400.00* | **$34,906.00** | **$2,908.83** |
| Homeowner Insurance | | | | | | *$1,596.00* | **$10,028.00** | **$835.67** |
| *Groceries* | | | | | | *$4,680.00* | **$4,680.00** | **$390.00** |
| *Personal Health Insurance** | | | | | | *$1,176.00* | *$1,176.00* | *$98.00* |
| *Bus/taxi fare* | | | | | | *$720.00* | *$720.00* | *$60.00* |
| *Clothing* | | | | | | *$600.00* | *$600.00* | *$50.00* |
| *Medical* | | | | | | *$432.00* | *$432.00* | *$36.00* |
| *Dry cleaning* | | | | | | *$360.00* | *$360.00* | *$30.00* |
| *Phone* | | | | | | *$240.00* | *$240.00* | *$20.00* |
| *Cable* | | | | | | *$240.00* | *$240.00* | *$20.00* |
| *Personal Care Supplies* | | | | | | *$180.00* | *$180.00* | *$15.00* |
| Other (attach schedule) | | | | | | | | $0.00 |
| | | | | | | | | |
| **Total Operating Expenses** | **$72,632.00** | **$18,371.00** | **$55,059.00** | **$92,491.00** | **$34,998.00** | **$24,547.20** | **$298,098.20** | **$24,841.52** |
| | | | | | | | | |
| **Net Profit (Loss) Before Other Income & Expenses** | **$  64,268.00** | **$ (48,371.00)** | **$ (9,459.00)** | **$ (29,491.00)** | **$ (34,998.00)** | **-$5,947.20** | **-$53,798.20** | |
| | | | | | | | | |
| | 32-69 48th Street | 145-69 20th Avenue | 150-47 21st Avenue | 150-43 21st Street | 21111 Bella Vista Circle | Wanda Conti | Monthly Average Overall | |
| Average Monthly Income | $11,408.33 | -$2,500.00 | $3,800.00 | $5,250.00 | $0.00 | *$1,550.00* | **$19,508.33** | |
| Average Monthly Expenses | $6,052.67 | $1,530.92 | $4,588.25 | $7,707.58 | $2,916.50 | *$2,045.60* | **$24,841.52** | |
| | $5,355.67 | -$4,030.92 | -$788.25 | -$2,457.58 | -$2,916.50 | -$495.60 | -$5,333.18 | |