UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                    Chapter 11

    Wanda Conti                                   Case no.  15-40163-cec

                            Debtor.
---------------------------------------------------------x

### ORDER GRANTING APPLICATION FOR ALLOWANCE
### OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

        Upon the application (the "Application") of Backenroth Frankel & Krinsky, LLP ("BFK"), attorneys for the Debtor, for allowance of final compensation and reimbursement of expenses for professional services rendered and expenses incurred during this Chapter 11 case, and upon the hearing held before this Court on May 11, 2016 , and after due deliberation, and consideration sufficient cause appearing therefore, it is

        ORDERED, that the Application be, and it hereby is, deemed to be an interim application for allowance of compensation and reimbursement of expenses for professional services; and it is further

        ORDERED, that the Application be, and it hereby is, approved and ~~judgment is granted~~ *compensation is allowed (CEC)* in the amount of  $88,885.50 in fees, plus disbursements of $3,032.86 for a total of $91,918.36, and that the Debtor be, and hereby is, authorized and directed to pay that amount, less (a) $17,777.10 representing a 20% holdback of fees *for a total of $71,108.40 in fees (CEC)* and (b) $27,500.00 of retainers paid, leaving a net amount to be paid pursuant to this order ~~and judgment~~ *(CEC)* of $46,641.26; and it is further

        ORDERED, that payment of $46,641.26 shall be made from non-Debtor funds deposited in BFK's IOLA account in contemplation of plan confirmation.



**Dated: Brooklyn, New York**
**May 19, 2016**

                                    */s/ Carla E. Craig*
                              **Carla E. Craig**
                       **United States Bankruptcy Judge**