CLERK
U.S. BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
2018 FEB 16  P 4:45
-----------------------------------------x
In re:

WANDA CONTI

Debtor(s)
-----------------------------------------x

Return Date: 4/11/18    3:30

Case No. 15-40163
Chapter 11

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of

WANDA CONTI , a hearing will be held before the Hon.

CARLA CRAIG , Bankruptcy Judge, to consider the motion for an Order

granting relief as follows: REOPEN CASE WHICH WAS INITIALLY FILED ON JAN 15, 2015 IT INCLUDED PROPERTY 1) 20-05 34TH AVE 2) 2111 B/C BOCA RATON (WHICH AGAINST STAY WAS BEING LITIGATED IN FLORIDA (HENCE PMTS SHOULD BE RETURNED) 3) JV 48, 3269 48TH ST WHO WAS LENDER FOR 2 PROPERTIES BELONGING TO WANDA CONTI, MR. FRANKEL WAS TOLD ABOUT THAT PROPERTY BUT NEVER INCLUDED IT IN PETITION, LENDER AND ATTORNEY HELD A FRAUDULENT BID TO TAKE POSSESSION OF THAT PROPERTY WHICH FRANKEL NEVER MENTION.

Date and time of hearing: 4/11/18
Location: U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, New York 11201-1800
Courtroom # 3529 , 3 Floor

HE GROSSLY OVER CHARGE HIS RETAINER TO INCLUDE 7 PROPERTIES BUT ONLY LISTED 5. HE THEN FILED ANOTHER PETITION IN APRIL FOR THE 6TH PROPERTY AND CHARGE MORE RETAINER

Dated: 2/15/18

Signature /s/

Print name: LORETTA CONTI
Address: 37-18 24TH ST
Suite 300
Phone: 917 417 5066
Email: ARANIBAR05110@gmail.com

WE ARE NOT CHRONIC FILERS TO CHEAT SYSTEM OUR NAME NEEDS TO BE CLEARED

① 

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

WANDA CONTI

Case No. 15-40163
Chapter

Debtor(s)
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

TO THE HON. CARLA CRAIG, Bankruptcy Judge

I, WANDA CONTI WITH DAUGHTER CORETTA CONTI, make this application in support of my motion for the following relief: RE-OPEN ORIGINAL CHAPTER 11 CASE 15-40163 FILED IN GOOD FAITH

In support of this motion, I hereby allege as follows:

MR. FRANKEL MISREPRESENT US HE TOLD US TO LAUGH AND NOT CRY BECAUSE WE WERE NOT SURE IF THIS WAS THE WAY TO SAVE PROPERTIES THAT WERE MISMANAGED FROM 2009 – 2018 AS A RESULT OF MOVING OUT OF STATE. MR. FRANKEL HIRED HIS SON TO SHOW US HOW TO DO OPERATING STATEMENT FOR WHICH HE CHARGE 7K FOR 1HOUR WORK. HIS RETAINER WAS TO INCLUDE ALL PROPERTIES PENDING AND 1 LENDER FRAUDULENTLY TRANSFERRED deed BEFORE FILING

Wherefore, Applicant prays for an Order granting the relief requested.
MR. FRANKEL OMITTED THAT PROPERTY.

Dated: 2/15/18    Signature /s/

HE WAS GROSSLY OVER PAID. FURTHER MORE MOVED / SUPPORTED THE COURT IN THE WRONG ACCUSATION THAT WE ARE FRIVOLOUS FILERS! WE ARE NOT – MR FRANKEL

HAD AN OBLIGATION TO INFORM US THAT THE PROPER WAY TO EXERCISE OUR CONSTITUTIONAL RIGHTS WOULD HAVE BEEN TO FILE OBJECTION TO DISMISSAL AND AN ORDER TO REOPEN AND GIVE US OPPORTUNITY TO CLOSE WITH FUNDING COMPANY WHO WE LOST OVER 50K IN CLOSING FEES. HE INSTEAD ASKED US TO FIND OTHER ATTY TO FILE ANOTHER CASE TO THE COURT WHICH WE DID, PAID AND LOST MORE MONEY IN RETAINER FEES. WE RESPECTFULLY REQUEST THE ORIGINAL CASE BE REOPENED TO INCLUDE 15-41582. THIS PROPERTY WAS LISTED AND INCLUDED IN 15-40163